**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FAN MILLS, individually and behalf of all others similarly situated, | Case No. 1:23-cv-10638 (ER) |
| Plaintiff, | **NOTICE OF MOTION** |
| -against- | |
| SAKS.COM LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Christopher A. Ott, with exhibits thereto, Defendant Saks.com LLC, by and through its undersigned counsel, Loeb & Loeb LLP, will move this Court, as soon as counsel may be heard, before the Honorable Edgardo Ramos, at the United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint, and all claims asserted therein, with prejudice.

PLEASE TAKE FURTHER NOTICE that Defendant respectfully requests oral argument in connection with this Motion to Dismiss.

238571726

Dated: New York, New York
April 10, 2024

                                                 LOEB & LOEB LLP

                                        By: _/s/ Christopher A. Ott_
                                             Christopher A. Ott (admitted *pro hac vice*)
                                             901 New York Avenue NW
                                             Suite 300 East
                                             Washington, DC 20001
                                             Tel: (202) 618-5000

                                             Christian D. Carbone
                                             Elena De Santis
                                             345 Park Avenue
                                             New York, NY 10154
                                             Tel: (212) 407-4000

                                             *Attorneys for Defendant Saks.com LLC*