UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAN MILLS, individually and behalf of all others similarly situated, | Case No. 1:23-cv-10638 (ER) |
| Plaintiff, | **NOTICE OF MOTION** |
| -against- | |
| SAKS.COM LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Christopher A. Ott, with exhibits thereto, Defendant Saks.com LLC, by and through its undersigned counsel, Loeb & Loeb LLP, will move this Court, as soon as counsel may be heard, before the Honorable Edgardo Ramos, at the United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's First Amended Complaint, and all claims asserted therein, with prejudice.

PLEASE TAKE FURTHER NOTICE that Defendant respectfully requests oral argument in connection with this Motion to Dismiss.

Dated: New York, New York
June 7, 2024

                        LOEB & LOEB LLP

                        By: */s/ Christopher A. Ott*
                              Christopher A. Ott (admitted *pro hac vice*)
                              901 New York Avenue NW
                              Suite 300 East
                              Washington, DC 20001
                              Tel: (202) 618-5000

                              Christian D. Carbone
                              Elena De Santis
                              345 Park Avenue
                              New York, NY 10154
                              Tel: (212) 407-4000

                              *Attorneys for Defendant Saks.com LLC*

238571726