**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FAN MILLS, individually and on behalf of all
others similarly situated,

                        Plaintiffs,

      -against-                                       23 **CIVIL** 10638 (ER)

                                                          **<u>JUDGMENT</u>**

SAKS.COM LLC,

                        Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 6, 2025, Saks' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       January 6, 2025

                                                    **TAMMI M. HELLWIG**
                                                    _____
                                                         **Clerk of Court**

                               **BY:**      *K. Mango*
                                                     _____
                                                         **Deputy Clerk**